# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR<br><br>         Plaintiff,<br><br>    v.<br><br>DR. K. AYE, et al.,<br><br>         Defendants. | Case No. 1:14-cv-0006 DLB PC<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL<br><br>ORDER EXTENDING TIME FOR FILING<br>AMENDED COMPLAINT |

Plaintiff Gordon D. Meador ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C § 1983. The court finds that the appointment of counsel is warranted for the limited purpose of drafting an amended complaint. Brian C. McComas has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Brian C. McComas is appointed as counsel in the above entitled matter for the limited purpose of investigating the claim, then drafting and filing an amended complaint. The amended complaint will be due 90 days from the date of this order.
2. Brian C. McComas's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate. Prior to the termination of the appointment, the court will accord counsel the option of discontinuing

1

his representation of plaintiff or, at his discretion, proceeding as plaintiff's appointed counsel for purposes of discovery, settlement and/or trial.  If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Brian C. McComas, Law Office of B.C. McComas, 77 Van Ness Ave., Suite 104, PMB 1605, San Francisco, CA 94102.

5. In light of counsel's recent appointment, the deadline for filing an amended complaint is extended to thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 11, 2015**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE