# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. K. AYE, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-0006 DLB PC<br><br>ORDER CLARIFYING DEADLINE FOR FILING AMENDED COMPLAINT |

Plaintiff Gordon D. Meador ("Plaintiff") is a California state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C § 1983. On February 11, 2015, the Court appointed counsel for the limited purpose of drafting an amended complaint. In so doing, the Court set the deadline for filing an amended complaint to 90 days from the date of service of the order. However, the order also erroneously stated the deadline to be 30 days.

Accordingly, IT IS HEREBY ORDERED that the February 11, 2015, order is corrected to reflect the deadline for filing an amended complaint to be 90 days from the date of service of the order.

IT IS SO ORDERED.

　　Dated:   **February 11, 2015**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28