IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Gordon D. Meador | |
|---|---|
| Plaintiff(s) | No. 1:14-cv-00006 DLB PC |
| vs. | |
| Dr. K. Aye, et al., | REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |
| Defendants. | |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian C. McComas , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on February 11, 2015 , by the Honorable Dennis Beck , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Please see Declaration of Counsel (Attachment A).

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 700 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: | 1:14-cv-00006 DLB PC |

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this | 13th | day of | March |, 20 | 15 |, at | San Francisco |, California.

Attorney for Plaintiff(s)

The above expenditure is ___×___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom
Number_____.

Dated: __3/25/2015__

United States ~~District Judge~~/Magistrate Judge

1  BRIAN C. McCOMAS
   California SBN 273161
2  The Law Office of B.C. McComas
   PMB 1605, 77 Van Ness Ave., Ste. 101
3  San Francisco, CA 94102
   Telephone: (208) 320-0383
4  Facsimile: (415) 520-2310
   Email: mccomas.b.c@gmail.com
5
   Limited Purpose Attorney for Plaintiff
6  GORDON D. MEADOR

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   GORDON D. MEADOR,                    )  Case No. 1:14-cv-0006 DLB PC
11                                       )
                                         )  **DECLARATION OF COUNSEL IN**
12         Plaintiff,                    )  **SUPPORT OF PLAINTIFF'S**
                                         )  **REQUEST FOR AUTHORITY TO**
13    v.                                 )  **INCUR COSTS (APPOINTED**
                                         )  **COUNSEL) AND REQUEST**
14                                       )  **PAYMENT**
   DR. K. AYE, et al.,                   )
15                                       )  The Honorable Magistrate
           Defendants.                   )  Judge Dennis Beck
16                                       )

17         I, Brian C. McComas, declare:

18  **I.    INTRODUCTION.**

19         1.    The undersigned counsel is an attorney licensed to practice in the State

20  of California and authorized to appear before the California State Courts, the United

21  States Court of Appeals for the Ninth Circuit and the United States District Courts

22  for the Northern, Eastern, and Central Districts of California.  The undersigned also

23  has been admitted to practice *pro hac vice* before the United States District Court

24  for the District of Nevada and the Montana Supreme Court.  The undersigned owns

25  and operates the Law Office of B.C. McComas.

26         2.    The undersigned has been appointed by this Court to represent

27  plaintiff, Gordon Meador.  Order Appointing Counsel, Meador v. Aye, et al.,

28  E.D.Cal. Case No. 1:14-cv-00006 DLB PC, Civil Docket Report ("Doc") #14.  Mr.

                                         1

1   Meador alleges that six doctors and one nurse at the California State Prison,

2   Corcoran inflicted intentional pain and suffering in treating his "Osteomyelitis and

3   Discitis"[1] of the spine.  Complaint, at 5 (Doc #1).  He alleges that the doctors'

4   maltreatment resulted in severe back pain and paralysis. *Id.*

5       3.      The undersigned submits this declaration in support of his request for

6   expenses necessary to obtain case files and visit Mr. Meador.  The expenses

7   requested herein are reasonably calculated so that the undersigned can complete

8   necessary tasks, including preparation of the amended complaint, as ordered by this

9   Court. The undersigned respectfully requests that the Court authorize the requested

10  expenses.

11  **II.    PROCEDURAL HISTORY.**

12      4.      On January 2, 2014, Plaintiff filed his complaint *pro per* and

13  moved to proceed *in forma pauperis*.  Docs #1 and 2.  This Court granted the

14  motion.  Doc #5.

15      5.      On January 8, 2015, Plaintiff moved for a preliminary injunction.

16  Doc #6.  He requested that he be placed in the medical hospital because he was

17  confined to a wheelchair and had suffered numerous falls. *Id.* at 3.

18      6.      On January 16, 2015, this Court denied the motion for a preliminary

19  injunction.  Doc #7.  The Court also denied the complaint with leave to amend.  Doc

20  #8.  The Court found: "Plaintiff's complaint fails to state a claim upon which relief

21  may be granted under section 1983.  The Court will provide Plaintiff with an

22  opportunity to file an amended complaint." *Id.* at 9.  The Court ordered plaintiff to

23  ————————————

24      [1.]  The undersigned is informed that "Osteomyelitis" is a rare but serious
    infection of the bone. *See* WebMd, *Osteomyelitis*, available at:  http://www.
25  webmd.com/pain-management/osteomyeltis-treatment-diagnosis-symptoms (last
    accessed March 2, 2015).  The undersigned is informed that "Discitis" (or
26  "Diskitis") is a rare but serious infection of the spinal vertebrae.  Healthline,
    *Discitis*, available at: http://www.healthline.com/health/diskitis#Overview1 (last
27  accessed March 2, 2015).

28

1    file an amended complaint within 30 days of its order. *Id.* at 10.

2         7.     On February 3, 2015, the undersigned counsel was contacted by the

3 Court's ADR and *Pro Bono* Program Director, Sujean Park. The undersigned was

4 informed of this Court's desire to appoint counsel to meet with Plaintiff and prepare

5 and file an amended complaint on his behalf. The undersigned agreed to represent

6 Plaintiff.

7         8.     On February 11, 2015, the Court appointed the undersigned as

8 Plaintiff's counsel for the "limited purpose of investigating the claim, then drafting

9 and filing an amended complaint." Doc #14, at 1. The Court ordered that the

10 amended complaint be filed within 90 days (May 23, 2015). *Id.*

11         9.     Prior to February 11, 2015, Plaintiff was incarcerated at California

12 State Prison, Corcoran. On February 13, 2015, the Undersigned was informed that

13 he was being transferred to Califorina State Prison, R.J. Donovan in San Diego,

14 California. That day, the undersigned wrote to Plaintiff and informed him of

15 counsel's appointment.

16         10.    The undersigned is informed that on February 14, 2015, Plaintiff was

17 transferred from R.J. Donovan to the California Men's Colony in San Luis Obispo

18 due to medical concerns. The undersigned is informed that Plaintiff was then

19 transferred back to R.J. Donovan on February 28, 2015. On March 4, 2015, the

20 undersigned confirmed that Plaintiff was incarcerated at R.J. Donovan.

21         11.    On March 4, 2015, the undersigned counsel submitted a request for

22 authorization to visit with Plaintiff on April 22 and 23, 2015 from 9:00 am to 2:00

23 pm at R.J. Donovan. On March 11, 2015, the request was approved.

24 **III.    REQUEST FOR AUTHORIZATION TO INCUR COSTS FOR**
**SERVICES REQUIRED TO MEET WITH PLAINTIFF AND**
25 **PREPARE THE AMENDED COMPLAINT.**

26         12.    The undersigned counsel is in the process of reviewing records in

27 Plaintiff's case and researching grounds for his amended complaint. The

28 undersigned wants to facilitate investigation of the case and drafting of the

complaint as expeditiously as possible.  Accordingly, the undersigned is submitting this request for authorization of funds prior to expending any monies on the below described services and expenses.  *See* General Order 510, In re Modification of General Order No. 230 (September 29, 2011).

        A.    The undersigned needs to collect and review Plaintiff's correctional and medical records from the California Department of Rehabilitation and Corrections.  The undersigned is informed that production of the records could cost up to $150 in photo-copying and delivery expenses.  The undersigned requests authorization to incur these costs should they be necessary to obtain and review Plaintiff's correctional and medical records.  *See* General Order 401, Section 4A(1).

        B.    The undersigned needs to meet with Plaintiff pursuant to the directions of the Court and its ADR and *Pro Bono* Coordinator.  The undersigned believes that meeting with Plaintiff is essential to learn about his case and assess his disability.  The undersigned anticipates visiting Plaintiff twice on April 22 and 23, 2015, during one trip from San Francisco to San Diego, so as to maximize investigation and save time.  Accordingly, the undersigned requests authorization to incur the following costs, which are necessary to meet with Plaintiff:

        i.    Airline Tickets.  To visit Plaintiff, the undersigned must travel from his office, in San Francisco, to the California State Prison, R.J. Donovan, in San Diego.  The undersigned is informed that driving between the cities will take approximately 16-18 hours.  Accordingly, the undersigned believes that flying is a more efficient means of visiting Plaintiff.  The undersigned is informed that airline tickets cost approximately $184 round trip.  *See* Fed Travel, *San Francisco to San Diego Flights*, available at: http://www.fedtravel.com/ flight-search.html (last accessed March 12, 2015).

        ii.    Car Rental.  The undersigned will need to rent a car to travel from the San Diego Airport to R.J. Donovan Prison.  The undersigned is informed that renting an economy car for two days will cost approximately $130.

1  *See* Fed Travel, *San Diego Car Rentals*, available at: http://www.fedtravel.com/
2  car-search.html #TopResult (last accessed March 12, 2015).

3        iii.   Lodging. The undersigned will need one night stay at a
4  hotel in San Diego between visits with Plaintiff. The undersigned is informed that
5  the *per diem* rate for a one night stay in San Diego is $142. *See* Fed Travel, *San*
6  *Diego Hotels*, available at: http://www.fedtravel.com/hotel-search.html (last
7  accessed March 12, 2015).

8        iv.   Food and Miscellaneous Expenses. The trip from San
9  Francisco to San Diego and back will take more than 10 hours. Thus, the
10 undersigned is authorized to incur food and miscellaneous expenses at *per diem*
11 rates. *See* U.S. General Services Administration, *Office Travel Basics*, available at:
12 http://gsa.gov /portal/ category/102151 (last accessed March 12, 2015). The
13 undersigned is informed that the current *per diem* rate for meals and expenses for
14 two days is $142. *See* U.S. General Services Administration, *FY 2015 Per Diem*
15 *Rates for San Diego, California,* available at: http://www.gsa.gov/portal/
16 category/100120 (last accessed March 12, 2015).

17        C.   In sum, the undersigned requests authorization of approximately
18 $700 for copying and travel costs necessary to visit with Plaintiff and prepare the
19 amended complaint. *See* General Order 401, Section 4A(5-6).

20     13.   The undersigned believes that the above requested expenses are
21 reasonable and necessary to effectively represent Plaintiff. The undersigned intends
22 to prepare and file the amended complaint by its current due date of May 12, 2015,
23 or as reasonably soon as possible before or after that date. To do so, the
24 undersigned requests authorization of the above described costs for expenses
25 necessary to obtain documents and interview Plaintiff.

26     I declare under penalty of perjury, as defined by the laws of California and
27 the United States, that the foregoing is true and correct, and that this declaration was
28 executed in San Francisco, California.

5

1

Dated: March 12, 2015

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Brian C. McComas*

BRIAN C. McCOMAS

Limited Purpose
Attorney for Plaintiff
GORDON D. MEADOR

6