IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON D. MEADOR,

    Plaintiff,

vs.

DR. K. AYE, et al.,

    Defendants.

Case No.: 1:14-cv-00006 DLB PC

**ORDER RE: PLAINTIFF'S APPLICATION TO AMEND THE BRIEFING SCHEDULE FOR THE FILING OF THE AMENDED COMPLAINT**

    The Court has reviewed and considered plaintiff's application to amend the briefing schedule for the filing of the amended complaint and supporting declaration of counsel.

    The Court ordered plaintiff to serve and file an amended complaint no later than May 12, 2015.  Doc #14.  The present application seeks an additional 90 days, until August 10, 2015, for plaintiff to file the amended complaint.

    Good cause appearing, the Court ORDERS that Plaintiff's application for amendment of the briefing schedule is granted.  Plaintiff shall have until and including August 10, 2015, in which to file the amended complaint.

    IT IS SO ORDERED.

Dated: **May 5, 2015**

/s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE