# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR<br><br>    Plaintiff,<br><br>    v.<br><br>DR. K. AYE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-0006 DLB PC<br><br>ORDER |

Plaintiff Gordon D. Meador ("Plaintiff") is a California state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C § 1983.

On February 11, 2015, the Court determined that appointment of counsel was warranted for the limited purpose of drafting an amended complaint. Brian C. McComas was selected from the Court's pro bono attorney panel to represent Plaintiff and he accepted the appointment. On September 22, 2015, Counsel filed a First Amended Complaint.

Pursuant to the Court's order appointing counsel, Mr. McComas' appointment will be terminated unless Counsel, at his discretion, elects to proceed as Plaintiff's appointed counsel for purposes of discovery, settlement and/or trial.

///
///
///

1

**ORDER**

Accordingly, Counsel is DIRECTED to notify the Court within fourteen (14) days if he wishes to discontinue his representation of Plaintiff, or if he wishes to proceed with the case as Plaintiff's appointed counsel.

IT IS SO ORDERED.

Dated:   **October 27, 2015**              /s/ *Dennis L. Beck*
                                                                          UNITED STATES MAGISTRATE JUDGE

2