1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**

8          EASTERN DISTRICT OF CALIFORNIA

9

10   GORDON D. MEADOR                          Case No. 1:14-cv-0006 DLB PC

11                    Plaintiff,               ORDER

12          v.

13   DR. K. AYE, et al.,

14                    Defendants.

15

16          Plaintiff Gordon D. Meador ("Plaintiff") is a California state prisoner proceeding in forma

17   pauperis in this civil action pursuant to 42 U.S.C § 1983.

18          On February 11, 2015, the Court determined that appointment of counsel was warranted

19   for the limited purpose of drafting an amended complaint.  Brian C. McComas was selected from

20   the Court's pro bono attorney panel to represent Plaintiff and he accepted the appointment.  On

21   September 22, 2015, Counsel filed a First Amended Complaint.

22          Pursuant to the Court's order appointing counsel, on October 28, 2015, Counsel was

23   directed to inform the Court whether he wished to discontinue his representation of Plaintiff or

24   proceed as Plaintiff's appointed counsel for purposes of discovery, settlement and/or trial.

25          On November 24, 2015, Counsel advised the Court that he wished to discontinue his

26   representation of Plaintiff.  Counsel had endeavored to locate more experienced counsel to assist

27   him in this matter, however, his efforts to locate counsel willing to associate into the matter were

28
                                                1

1   unsuccessful.  Counsel further states he is overloaded with work and cannot effectively represent

2   Plaintiff without further assistance and resources.

3          Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR,

4   Counsel's request to withdraw and discontinue his representation of Plaintiff is GRANTED.

5   Counsel's assistance in this matter to date is greatly appreciated.

6
7   IT IS SO ORDERED.

8      Dated:   __December 9, 2015__                    _____ /s/ *Dennis L. Beck*
9                                                       UNITED STATES MAGISTRATE JUDGE