# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. K. AYE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-0006 DLB PC<br><br>ORDER FINDING CERTAIN CLAIMS COGNIZABLE AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |

Plaintiff Gordon D. Meador ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on January 2, 2014. On January 16, 2015, the Court screened the Complaint and determined that it failed to state a cognizable claim for relief. Plaintiff was granted leave to file an amended complaint. On February 11, 2015, counsel was appointed for Plaintiff for the limited purpose of drafting and filing a First Amended Complaint. On September 22, 2015, Plaintiff filed a First Amended Complaint. Plaintiff named as Defendants: Kihn Aye, M.D.; Jong Moon, M.D.; Huu Nguyen, M.D.; Edgar Clark, M.D.; Julian Kim, M.D.; Richard Smith, M.D.; Jeffrey Wang, M.D.; Ravijot Gill, D.O.; Garza, L.V.N.; Sellars, L.V.N., and Does 1-50. Counsel's representation was thereafter discontinued and Plaintiff is now proceeding pro se.

On December 9, 2015, the Court screened the First Amended Complaint. The Court

1

determined that Plaintiff stated a cognizable claim of a violation of his Eighth Amendment right to medical care by Defendants Garza, Sellars, Aye, Moon, Nguyen, Clark, Kim, Smith, and Gill. Plaintiff was directed to notify the Court whether he wished to proceed only on the claim deemed cognizable by the Court, or if he wished to file a Second Amended Complaint. On December 17, 2015, Plaintiff responded to the Court's order. Plaintiff elects to waive the opportunity to file an amended complaint and agrees to proceed on the claims deemed cognizable by the Court.

Accordingly, the Court issues this Order to dismiss the remaining claims and Defendants.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall proceed on the following claim: Violation of his Eighth Amendment right to medical care by Defendants Garza, Sellars, Aye, Moon, Nguyen, Clark, Kim, Smith, and Gill; and

2. All other claims, as well as Defendant Wang, are DISMISSED from this action.

IT IS SO ORDERED.

Dated: __**December 22, 2015**__                    /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE