UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>                    Plaintiff,<br><br>       v.<br><br>K. AYE, et al. ,<br><br>                    Defendant. | 1:14-cv-0006 DLB (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Document# 44) |

On February 16, 2016, plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. In this case, the Court appointed counsel for the limited purpose of drafting an amended complaint. Counsel was discharged after the amended complaint was filed at Counsel's request. The Court will seek volunteer counsel in the future should the need arise, but at this time the Court does not find the

1

required exceptional circumstances for appointment of counsel.

    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

   Dated: **February 24, 2016**         /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE