UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR, | Case No. 1:14-cv-0006 DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO CLARIFY DISCOVERY [ECF No. 62] |
| v. | |
| DR. K. AYE, et al., | ORDER DIRECTING CLERK OF COURT TO RE-SERVE DISCOVERY AND SCHEDULING ORDER ON PLAINTIFF [ECF No. 60] |
| Defendants. | |

Plaintiff Gordon D. Meador ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

On September 22, 2015, Plaintiff filed a First Amended Complaint in this action. On March 24, 2016, Defendants filed an answer. On May 5, 2016, the Court issued a Discovery and Scheduling Order setting deadlines for providing initial disclosures, filing motions based on exhaustion, amending pleadings, conducting discovery, and filing dispositive motions.

On May 12, 2016, Plaintiff filed the instant motion to clarify discovery. Plaintiff states he has received a number of discovery requests from Defendants and believes that discovery is not yet open. For whatever reason, it appears Plaintiff may not have received the Court's Discovery and Scheduling Order which opened discovery for all parties. Therefore, the Court will direct the Clerk of Court to re-serve Plaintiff with a copy of the order. Plaintiff is advised that discovery was opened

1

on May 5, 2016, and he is directed to the deadlines set forth in that order.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to re-serve Plaintiff with a copy of the Discovery and Scheduling Order issued on May 5, 2016 (ECF No. 60).

IT IS SO ORDERED.

Dated:   **May 17, 2016**                               **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE