# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR,<br><br>      Plaintiff,<br><br>   v.<br><br>DR. K. AYE, et al.,<br><br>      Defendants. | Case No. 1:14-cv-0006 DAD DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR STATUS OF CASE<br><br>[ECF Nos. 76, 78] |

   Plaintiff Gordon D. Meador ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

   On June 27 and 29, 2016, Plaintiff filed requests for status of his case and of his motions for preliminary injunctive relief. With respect to the status of the case, Plaintiff is directed to the Discovery and Scheduling Order of May 5, 2016, wherein the Court set forth the relevant deadlines for this case. At this time the case is currently in the discovery phase, and the discovery cut-off deadline is October 3, 2016. Plaintiff is further advised that his motions for injunctive relief dated May 2 and 16, 2016, are currently pending review by the District Court. In addition, the Court issued Findings and Recommendations concerning his motions of May 23, 2016, and June 22, 2016. His motion of June 24, 2016, is also pending review by the Court.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's requests for status of the case and

1

of his motions are DENIED as moot.

IT IS SO ORDERED.

Dated: **July 6, 2016**                             /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE