UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KIHN AYE, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-00006-DAD-DLB (PC)<br><br>ORDER ON STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT RICHARD SMITH, M.D.<br><br>(Doc. No. 77) |

　　　On June 30, 2016, the plaintiff and defendant Richard Smith, M.D. filed a joint stipulation dismissing defendant Richard Smith, M.D. with prejudice and with each party to bear its own costs and attorneys' fees.  (Doc. No. 77.)  In light of this stipulation, defendant Richard Smith has been terminated from this action, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, without an award of costs or attorneys' fees to either party.

IT IS SO ORDERED.

Dated:　**July 21, 2016**　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1