UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON DALE MEADOR,

Plaintiff,

vs.

K. AYE, et al.,

Defendants.

1:14-cv-00006-DAD-EPG (PC)

ORDER REQUIRING ADDITIONAL INFORMATION REGARDING REQUEST FOR WITHDRAW INJUNCTION REQUEST

(ECF NO. 93)

Gordon D. Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2016, Plaintiff filed a Motion to Withdrawal [sic] Injunction Request ("the Motion"). (ECF No. 93).

Plaintiff currently has at least 10 pending motions for injunctive relief: 1) Motion for an Order which Directs the KVSP Litigation Coordinator to Recover Files and Law Books from Plaintiff's Ex-Cellmate (ECF No. 58); 2) Motion for an Order Directing CDCR at Kern Valley State Prison Litigation Coordinator and/or Warden to Provide Plaintiff with his Personal Property Specifically Legal Property and Legal Materials (ECF No. 59); 3) Motion for an Order Directing that the Plaintiff be Allowed to Order Legal Supplies From the Inmate Canteen (ECF No. 64); 4) Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 65); 5) Motion for Preliminary Injunction or Temporary Restraining Order (ECF No. 68);

6) Motion and Declaration for Emergency Injunction Request Evidentiary Hearing (ECF. No. 71); 7) Motion for Injunction to Protect Plaintiff from Death by CDCR, Kern Valley State Prison (ECF No. 73); 8) Motion and Declaration for Emergency Injunction and Evidentiary Hearing (ECF No. 80); 9) Motion for Emergency Protection Order (ECF No. 87); and 10) Motion Requesting an Order to the Attorney General to Return all Medical Records (ECF No. 90).

Plaintiff's Motion does not specify which requests of injunctive relief Plaintiff wishes to withdraw, or whether Plaintiff's motion applies to all pending requests.

Accordingly, IT IS ORDERED:

1. Within 14 days from this order, Plaintiff shall notify the Court, in writing, which motion(s) for injunctive relief Plaintiff requests be withdrawn; and
2. That Plaintiff's failure to comply with this order may result in withdrawal of all pending motions for injunctive relief.

IT IS SO ORDERED.

Dated: **September 23, 2016**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE