UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. AYE, et al.,<br><br>　　　　Defendants. | 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER TO TREAT MOTIONS FOR INJUNCTIVE RELIEF AS WITHDRAWN (ECF NOS. 58, 59, 64, 65, 68, 71, 73, 80, 87, & 90)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF NOS. 74 & 85) |

　　　　Gordon D. Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2016, Plaintiff filed a Motion to Withdrawal [sic] Injunction Request ("the Motion"). (ECF No. 93).

　　　　Plaintiff currently has at least 10 pending motions for injunctive relief: 1) Motion for an Order which Directs the KVSP Litigation Coordinator to Recover Files and Law Books from Plaintiff's Ex-Cellmate (ECF No. 58); 2) Motion for an Order Directing CDCR at Kern Valley State Prison Litigation Coordinator and/or Warden to Provide Plaintiff with his Personal Property Specifically Legal Property and Legal Materials (ECF No. 59); 3) Motion for an Order Directing that the Plaintiff be Allowed to Order Legal Supplies From the Inmate Canteen (ECF No. 64); 4) Motion for Preliminary Injunction and Temporary Restraining Order (ECF

No. 65); 5) Motion for Preliminary Injunction or Temporary Restraining Order (ECF No. 68); 6) Motion and Declaration for Emergency Injunction Request Evidentiary Hearing (ECF. No. 71); 7) Motion for Injunction to Protect Plaintiff from Death by CDCR, Kern Valley State Prison (ECF No. 73); 8) Motion and Declaration for Emergency Injunction and Evidentiary Hearing (ECF No. 80); 9) Motion for Emergency Protection Order (ECF No. 87); and 10) Motion Requesting an Order to the Attorney General to Return all Medical Records (ECF No. 90).

Because the Motion did not specify which motions for injunctive relief Plaintiff wished to withdraw, or whether Plaintiff's motion applied to all pending motions for injunctive relief, the Court ordered Plaintiff to notify the Court, in writing, which motions Plaintiff wanted to withdraw. (ECF No. 94). Plaintiff was given 14 days to respond, and was notified that failure to comply with the order could result in withdrawal of all of the pending motions for injunctive relief. (Id.). The 14 day period has expired and Plaintiff has not complied with the order.

Accordingly, IT IS ORDERED that all of Plaintiff's motions for injunctive relief are hereby deemed withdrawn without prejudice. Plaintiff may refile any motion for injunctive relief to the extent Plaintiff is still seeking relief and the Court will consider them in the normal course.

IT IS FURTHER ORDERED that, because the motions for injunctive relief are being deemed withdrawn, the findings and recommendations that were issued on the motions for injunctive relief (ECF Nos. 74 & 85) are VACATED.

IT IS SO ORDERED.

Dated:   **October 31, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE