UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>   Plaintiff,<br><br>  v.<br><br>K. AYE, et al.,<br><br>   Defendants. | 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR STATUS UPDATE<br>(ECF NO. 100) |

  Gordon D. Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 30, 2016, Plaintiff filed a notice of change of address.  (ECF No. 100).  In the notice, Plaintiff asks the Court for a status update on his case.

  The Court generally does not provide updates on the status of a case. ECF No. 3, pgs. 3-4.  Accordingly, Plaintiff's request for a status update will be denied.  However, the Court notes that it has received Plaintiff's notices of change of address.  The Court has also received a motion for summary judgment by defendants, which the Court will rule on once all of the briefing been filed.

  Based on the foregoing, it is ORDERED that Plaintiff's request for a status update is DENIED.

IT IS SO ORDERED.

  Dated: __**December 2, 2016**__       /s/ *Erica P. Grosjean*
                     UNITED STATES MAGISTRATE JUDGE

1