UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. AYE, et al.,<br><br>　　　　　Defendants. | 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION FOR A PRELIMINARY INJUNCTION AND VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 116, 117, 118) |

　　　　Gordon Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 24, 2017, Plaintiff filed an "Application for Preliminary Injunction to Prevent the Infliction of Pain and Suffering FRCP 65(a) Declaration" ("motion for a preliminary injunction"). (ECF No. 116). On February 27, 2017, the Court issued findings and recommendations, recommending that the motion for a preliminary injunction be denied. (ECF No. 117). On March 2, 2017, Plaintiff filed a motion to withdraw the motion for a preliminary injunction ("motion to withdraw"). (ECF No. 118). According to Plaintiff's motion to withdraw, the issues identified in Plaintiff's motion for a preliminary injunction have been resolved. Therefore, Plaintiff requests that his motion for a preliminary injunction be withdrawn.

　　　　Because Plaintiff now wishes to withdraw his motion for a preliminary injunction, and because no other parties have responded to the motion for a preliminary injunction, the Court will grant Plaintiff's motion to withdraw. Additionally, the Court will vacate the findings and recommendations on the motion for a preliminary injunction.

　　　　Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion to withdraw (ECF No. 118) is GRANTED, and Plaintiff's

1

motion for preliminary injunction (ECF No. 116) will be treated as withdrawn; and

2. The Court's findings and recommendations on the motion for a preliminary injunction (ECF No. 117) are VACATED.

IT IS SO ORDERED.

Dated: __**March 7, 2017**__        /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE