IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>                       Plaintiff,<br><br>         v.<br><br>K. AYE, et al.,<br><br>                       Defendants. | Case No. 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION TO CLARIFY THE RECORD<br>(ECF NO. 122) |

   Gordon Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2017, Plaintiff filed a motion to clarify the record. (ECF No. 122). The motion does not ask for any form of relief. Instead, it asserts that inmate Michael Black sent certain documents to the Court on Plaintiff's behalf, that Plaintiff has seen certain correctional officers remove legal mail from the mail bag, and that nine pieces of Plaintiff's legal mail have gone missing (including 602s and confidential mail to his doctor).

   As the Court noted previously (ECF No. 112, p. 2), Plaintiff has responded both to the Court and Defendants in this case, so there does not appear to be an issue with Plaintiff receiving and sending legal mail related to this case. As Plaintiff's alleged legal mail issues do not appear to be interfering with this case, and as this case involves medical claims, not claims regarding Plaintiff's legal mail, Plaintiff should not be bringing up his general legal mail issues in this case.

Plaintiff's assertion that another inmate has been sending mail to the Court on Plaintiff's behalf does not change the analysis at this time. If Plaintiff has a specific issue relating to his legal mail in this case he may file an appropriate motion. If Plaintiff believes he has a claim relating to the handling of his legal mail he may file a separate case.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                          /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE