IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR, | Case No. 1:14-cv-00006-DAD-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO CONTACT FBI |
| v. | |
| K. AYE, et al., | |
| Defendants. | |

Gordon Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim for violation of his Eighth Amendment right to medical care against Defendants Garza, Sellers,[1] Aye, Moon, Nguyen, Clark, Kim, and Gill.

On April 5, 2017, Plaintiff filed what the Court construes as a motion for the Court to contact the FBI. (ECF No. 128). Plaintiff alleges that there is a conspiracy to kill him, and requests that the Court contact the FBI on his behalf. The motion does not appear to concern the claims pending in this case, but rather Plaintiff's concern that there is a conspiracy to kill him that has resulted in various unsuccessful attacks over time. Plaintiff attaches a court order from another pending case denying a motion for temporary restraining order based on the same allegations. (ECF No. 128, at pgs. 7-8). That Court explained what Plaintiff must do to have

---

[1] Defendants refer to "Sellers" as "Selliers."

1

such a claim heard in federal court, including filing a complaint.

Plaintiff's motion will be denied. Generally, the Court does not contact the FBI on behalf of parties. Plaintiff's allegations, while serious, do not relate to the complaint in this case. This Court, like the Court that has already heard this matter, does not have the jurisdiction to independently investigate safety concerns filed through motions such as this. If Plaintiff wishes a court to act on the allegations he mentions, he needs to file a complaint in an appropriate court to start a case related to this issue.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for the Court to contact the FBI is DENIED.

IT IS SO ORDERED.

Dated:   **April 24, 2017**                    /s/ *Eric P. Groip*
                                         UNITED STATES MAGISTRATE JUDGE