IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>Plaintiff,<br><br>v.<br><br>K. AYE, et al.,<br><br>Defendants. | Case No. 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING AN ORDER ISSUE TO DEFENSE COUNSEL TO CONTACT HER EXTENDED CLIENT TO RELEASE PLAINTIFF'S PROPERTY<br>(ECF NO. 132) |

Gordon Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim for violation of his Eighth Amendment right to medical care against Defendants Garza, Sellers,[1] Aye, Moon, Nguyen, Clark, Kim, and Gill. (ECF Nos. 30, 36, 37, & 38).[2]

On April 28, 2017, Plaintiff filed a motion requesting an order issue to defense counsel to contact her extended client to release Plaintiff's property ("the Motion"). (ECF No. 132). Plaintiff states that he has tried to get Mr. Lamar Grant (the property officer) to send Plaintiff his personal property. Plaintiff states that Mr. Grant has a problem sending Plaintiff his personal property. Plaintiff states that there is a specific reason relative to this case that Plaintiff needs his property. Plaintiff requests that "the court request Ms. Woodbridge contact Mr. Grant and have

---

[1] Defendants refer to "Sellers" as "Selliers."
[2] Defendant Smith was dismissed from the case on July 21, 2016, via a stipulation (ECF Nos. 77 & 81).

1

[Plaintiff's] property sent to him."

Plaintiff's request will be denied. It does not appear that Plaintiff's request has anything to do with this case. Plaintiff does state that "[t]here is a specific reason relative to this case that Plaintiff needs his property," but he does not provide that reason. Moreover, it is highly unlikely that Plaintiff needs all of his personal property in order to litigate this case. Instead, it appears that Plaintiff wants his personal property delivered to him, and he is attempting to use this unrelated case to make it happen.

The Court notes that if Plaintiff believes that his rights are being violated in regards to Plaintiff not receiving his personal property, he can file a separate case.

If Plaintiff is denied his legal property related to this case, or evidence he needs related to this case, Plaintiff may file a motion explaining the relation to this case.

Accordingly, based on the foregoing, IT IS ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated: **June 20, 2017**

/s/ _Erin P. Grojean_
UNITED STATES MAGISTRATE JUDGE