IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SELLERS,<br><br>　　　　　　　Defendant. | Case No. 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER DIRECTING LIBRARIAN LINDQUIST TO PROVIDE PLAINTIFF WITH LEGAL SUPPLIES THAT ARE NEEDED FOR LITIGATION, WITHOUT PREJUDICE<br><br>(ECF NO. 152) |

Gordon Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 6, 2017, Plaintiff filed a motion for an order directing Librarian Lindquist to provide Plaintiff with legal supplies that are needed for litigation ("the Motion"). (ECF No. 152). Defendant filed a response. (ECF No. 155). Plaintiff filed a reply to Defendant's response. (ECF No. 156). The Motion is now before the Court.

Plaintiff states that he is only getting 10 sheets of paper each week. Plaintiff argues that this is not enough paper, because he has three cases pending. Plaintiff also states that Lindquist will not provide any envelopes or copying. Plaintiff asks that the Court order Lindquist "to provide Plaintiff with reasonable materials sufficient to litigate his cases[,] including this case." Plaintiff states that he needs materials in this case because "[m]otions and declarations are needed. The witnesses in this case need to be contacted to give them the possible trial date."

The Motion will be denied without prejudice. At this time, it appears that Plaintiff has

1

adequate legal supplies to prosecute this case. Plaintiff's only deadline in the next month is the exchange of non-confidential settlement statements with Defendant, with copies of the statements being sent to the Court in Sacramento. (ECF No. 150). This should not require many sheets of paper for the case before this Court.[1]

While Plaintiff does have a January 24, 2018, deadline to file motions for the attendance of incarcerated witnesses, file his pretrial statement, and notify the Court of the names and locations of his witnesses is January 24, 2018, it is possible that Plaintiff will not need to meet these deadlines. There is a settlement conference set for January 3, 2018. If this case settles, it does not appear that Plaintiff will need additional legal supplies to prosecute this case. Moreover, there is a pending motion for appointment of counsel. (ECF No. 154). If counsel is appointed, Plaintiff may not need additional legal supplies.

Accordingly, IT IS ORDERED that the Motion is DENIED, without prejudice to Plaintiff bringing it again when he needs additional legal supplies in this case.[2]

IT IS SO ORDERED.

Dated: **December 1, 2017**   /s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE

---

[1] While Plaintiff states that he is not getting envelopes, the Court notes that Plaintiff seems to be able to mail things to the Court (see ECF Nos. 147, 148, 151, 152, 154, & 156).
[2] If Plaintiff is unable to meet deadlines in this case because he does not have access to adequate legal supplies, he may also file a motion to extend those deadlines.

2