# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>SELLERS,<br>　　　　　　　Defendant. | Case No. 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **GORDON DALE MEADOR, CDCR # C-57959**, PLAINTIFF<br><br>**DATE: January 3, 2018**<br>**TIME:  9:00 a.m.** |

　　　Gordon Dale Meador, inmate, CDC # C-57959, a necessary and material witness for Plaintiff in proceedings in this case on January 3, 2018, is confined at California State Prison, Sacramento, 100 Prison Road, Represa, CA 95671, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in **Courtroom # 25, United States Courthouse, 501 I Street, Sacramento, California, on January 3, 2018, at 9:00 a.m.**

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California State Prison, Sacramento**

　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

        Dated:  **December 4, 2017**                    /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

