# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>    Plaintiff,<br><br>v.<br><br>SELLERS,<br><br>    Defendant. | Case No. 1:14-cv-00006-DAD-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S LETTER<br><br>(ECF NO. 170) |

    Gordon Meador ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*. The case settled in January of 2018, and was closed. (ECF Nos. 166-169).

    On April 2, 2018, Plaintiff filed a letter to the Court. Plaintiff states that he has not received the settlement payment, and that he should have received it already.

    The Court has reviewed the transcript of the settlement proceedings (ECF No. 169), and Plaintiff was told that payment can take up to six months from when the settlement agreement was signed. Transcript of Settlement Proceedings at 4:24-5:9. As the settlement agreement was signed sometime in January of 2018, Defendant has until July of 2018 to make the payment.

    If the deadline passes and the payment is not made, Plaintiff may file a motion with the Court or write to Magistrate Judge Kendall J. Newman's courtroom deputy (id. at 5:10-17).

1

The Court notes that Plaintiff was told to contact Ms. Woodbridge to find out about the status of the payment before contacting Judge Newman's courtroom deputy. Id.

IT IS SO ORDERED.

Dated: **April 4, 2018**        /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE